NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MICHELLE L. ADAMS,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1529

---

Appeal from the United States Court of Federal Claims
in No. 1:25-cv-02073-RAH, Judge Richard A. Hertling.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App.
P.  42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>March 26, 2026</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 26, 2026